UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD TREVINO, | ) | 1:03-CV-6738 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER STRIKING OBJECTIONS |
| | ) | |
| v. | ) | [Doc. #30] |
| | ) | |
| KATHY MENDOZA-POWERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The federal petition was filed on December 3, 2003.

    On October 3, 2005, the Court issued a Findings and Recommendation that recommended the petition be denied with prejudice

    On December 19, 2005, Marc E. Grossman, Esq., submitted a document entitled "Objections to Magistrate Judge's Report and Recommendations." On October 24, 2005, Respondent filed a reply to Mr. Grossman's filing, requesting that the document be disregarded.

    Mr. Grossman characterizes his filing as an amicus curiae ("friend of the court") brief filed on behalf of Petitioner. Neither the Court's Local Rules nor the Rules Governing Section 2254 Cases

1  provide for amicus submissions. Amicus briefs are customary in appeals, however, they are only
2  permitted with leave of court or the consent of the parties. See Fed. R. App. P. § 29(a). As noted by
3  Respondent, Mr. Grossman is not a party to this action, he does not represent Petitioner, and he does
4  not have leave of court or the consent of both parties. Mr. Grossman's brief is therefore unauthorized
5  and must be stricken. The Court is aware that Mr. Grossman has filed similar briefs in several other
6  cases in the Eastern District; he is directed to cease these unauthorized filings.

7        Accordingly, IT IS HEREBY ORDERED that the Objections filed by Marc E. Grossman are
8  STRICKEN from the record. The Clerk of Court is DIRECTED to serve a copy of this order on
9  Marc E. Grossman.
10 IT IS SO ORDERED.
11 **Dated:   October 31, 2005**                    **/s/ Sandra M. Snyder**
   icido3                                          UNITED STATES MAGISTRATE JUDGE